724

Second Circuit denied. *Mr. Frank A. Whiteley* for petitioners. *Mr. Robert P. Weil* for respondent.

No. 315. PENN MUTUAL LIFE INS. CO. *v.* MINNESOTA. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Messrs. H. C. Fulton* and *E. L. Boyle* for petitioner. *Mr. Thomas J. Naylor* for respondent.

No. 317. JONAS *v.* BELLERIVE INVESTMENT CO. ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Harry L. Jacobs, I. J. Ringolsky,* and *Roy B. Thomson* for petitioner. *Messrs. Irvin Fane* and *James A. Reed* for respondents.

No. 318. BOARD OF COUNTY COMMISSIONERS ET AL. *v.* MAYS, ADMINISTRATOR, ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. W. V. Pryor* for petitioners. No appearance for respondents.

No. 320. TEXAS PIPE LINE CO. *v.* ANDERSON ET AL. October 11, 1937. Petition for writ of certiorari to the Court of Civil Appeals, 3d Supreme Judicial District, of Texas, denied. *Messrs. Charles L. Black, Ireland Graves,* and *John C. Jackson* for petitioner. *Messrs. William McCraw* and *H. Grady Chandler* for respondents.